IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nova Financial & Investment Corp., an Arizona Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Academy Mortgage Corp., a Utah Corporation, et al.,<br><br>    Defendants. | No. 4:14-CV-2437-TUC-JAS<br><br>**ORDER** |

    Pending before the Court is Plaintiff's motion for a temporary restraining order and a motion for expedited discovery. Upon review of the motion, IT IS ORDERED as follows:

    (1) Defendants' shall each file one response to both motions by **no later than five days** after completed service.

    (2) Plaintiff may file a single reply by **no later than five days** after Defendants' responses have been filed.

    (3) The Court will schedule a hearing shortly after the matter has become fully briefed.

    (4) As Defendants have not yet entered an appearance in this case, they would not automatically receive notice of the Court's Order. As such, upon Plaintiff's receipt of this Order, **Plaintiff shall immediately contact and serve copies of this Order and the Information Order filed simultaneously this this Order** (and all the other filings in this case) upon Defendants such that they have notice of the response deadline. Thereafter, Plaintiffs shall promptly file a notice with the Court detailing what efforts were made to

contact Defendants, who was contacted, whether they were served with all the filings in the case, and when and in what manner they were served.

(4) The parties must file a proposed order with any motion or stipulation filed with the Court and such documents must comply with the applicable requirements in the local rules. See, e.g., LRCiv 5.4, 5.5, 7.1, 7.2; Electronic Case Filing Administrative Policies and Procedures Manual in the United States District Court for the District of Arizona ("Manual"). All proposed orders must be emailed to chambers (soto_chambers@azd.uscourts.gov) in Word format. See id.; Manual at 12-13 (describing pertinent e-filing procedures in detail). Courtesy paper copies of all filings must be mailed to chambers (LRCiv 5.4); any motion, pleading, or other document which is submitted with more than one exhibit must be accompanied by a Table of Contents and the exhibits must be indexed with tabs which correspond to the Table of Contents. Anytime a party files a motion, response, reply, or other brief with the Court, the party must mail the Court courtesy paper copies of all authority cited in the brief which shall be included in a binder with a table of contents and exhibit tags corresponding to the authority cited. Such authority includes, but is not limited to, case law, rules, statutes, regulations, and treatises. To the extent case law, rules, statutes, or regulations are cited, the entire case, rule, statute or regulation shall be included in the binder. The case law shall be organized in alphabetical order. To the extent treatises are cited, only the section(s) relied upon shall be included in the binder. As to all of the authority cited which must be included in the binder, the parties shall also tag (with a post-it) the specific page(s) cited in their briefs and highlight (by circling with a pen or using a highlighter) the portion of the case, rule, statute, regulation, or treatise that supports the citations of authority relied upon in their briefs. The parties shall provide the Court with courtesy copies within five business days after a document is filed. If an emergency motion (such as a motion for a TRO or preliminary injunction) is filed that requires more immediate attention from the Court, the parties shall

provide the authority binder at the same time the motion, response or reply is filed pertaining to any emergency motion.  Plaintiff shall comply with this Order by 10/31/14. If a party fails to submit the required authority binder, the Court may summarily deny or grant a motion as applicable to the party that failed to comply with the authority binder requirement.

Dated this 24th day of October, 2014.

Honorable James A. Soto
United States District Judge