IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nova Financial Investment Corp., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Academy Mortgage Corp., et al.,<br><br>Defendants. | No. 4:14-CV-2437-TUC-JAS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Request for Temporary Restraining Order (Doc. 1), which – as the parties correctly recognize – has essentially been converted into a motion for preliminary injunction. The matter is fully briefed, and the Court has scheduled an evidentiary hearing for **November 20, 2:00 PM in Courtroom 6A**. The hearing is scheduled for one hour. The parties are directed to confer to determine which witnesses have relevant testimony and are responsible for making those witnesses available for examination by both parties.

Dated this 12th day of November, 2014.

Honorable James A. Soto
United States District Judge