IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Nova Financial Investment Corp., an Arizona corporation, | ) ) ) | No. 4:14-CV-2437-TUC-JAS |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Academy Mortgage Corp., et al., | ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is Defendant's Motion for Leave to File a Sur-Reply (Doc. 35).   IT IS ORDERED granting Defendant's motion.   The sur-reply shall be filed **on or before Monday, November 17, 2014**.

Dated this 12th day of November, 2014.

_____
Honorable James A. Soto
United States District Judge