IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nova Financial Investment Corp., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Academy Mortgage Corp., et al.,<br><br>Defendants. | No. 4:14-CV-2437-TUC-JAS<br><br>**ORDER** |

The parties are directed to email the Court (soto_chambers@azd.uscourts.gov) a witness list and an exhibit list containing all potential witnesses and exhibits for the evidentiary hearing before the hearing resumes at 1:30 PM today.

Dated this 21st day of November, 2014.

_____
Honorable James A. Soto
United States District Judge